NUMBER
13-02-212-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

BLANCA YVONNE GLORIA,                                                   Appellant,

 

                                                   v.

 

SHAFFIN ALI MOHAMED, M.D., T/D/B/A 

ORTHOPEDIC
REHABILITATION INSTITUTE,                             Appellee.

___________________________________________________________________

 

                         On
appeal from the 92nd District Court 

                                  of Hidalgo County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, BLANCA YVONNE GLORIA, attempted to perfect
an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-771-00-A.  Judgment in this cause was signed on November 29, 2001.  A timely
motion for new trial was filed on December 27, 2001.  Pursuant to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on February 27, 2002, but was not filed until April
10, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  A response was received from appellant on
April 22, 2002.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect her appeal, and appellant=s response to this
Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 23rd day
of May, 2002.